June 01, 2007

Mr. John Howell House
Burt Barr & Associates, L.L.P.
PO Box 223667
Dallas, TX 75222
Mr. Douglas Alexander
Alexander Dubose Jones & Townsend, LLP
515 Congress Avenue, Suite 1720
Austin, TX 78701-3520

RE: Case Number: 05-0357
 Court of Appeals Number: 05-04-00805-CV
 Trial Court Number: 03-08382-E

Style: FRANK MARYAN BRANDSTETTER HUBICKI
 v.
 FESTINA, A LIECHTENSTEIN FOUNDATION

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and remands the case to the trial court.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |